[Nos. 34898-1-I; 36375-1-I.   Division One.   August 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
LEWIS SIMS, *Appellant*.

*In the Matter of the Personal Restraint of* MICHAEL
LEWIS SIMS, *Petitioner*.

Appeals from a judgment of the Superior Court for King
County, No. 93-1-06172-9, John M. Darrah, J., entered
June 13, 1994, together with a petition for relief from
personal restraint. Judgment *affirmed* and petition *denied*
by unpublished per curiam opinion.

[Nos. 35725-5-I; 35788-3-I.   Division One.   August 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KAAI
JOSEPH WILLIAMS, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King
County, Nos. 94-1-03582-3 and 94-1-02232-2, Norma Smith
Huggins, J., entered November 28 and December 19, 1994.
*Affirmed* by unpublished opinion per Agid, J., concurred
in by Grosse and Ellington, JJ.

[Nos. 36096-5-I; 37120-7-I;   Division One.   August 25, 1997.]
   36796-0-I; 38132-6-I.

THE CITY OF BELLEVUE, *Respondent*, v. FACTORIA
CENTER INVESTMENTS, INC., ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King
County, No. 94-2-32814-0, Carol A. Schapira, J., entered
February 8, April 19, and July 19, 1995 and January 30,
1996. *Affirmed* by unpublished opinion per Baker, C.J.,
concurred in by Coleman and Kennedy, JJ.